JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NICOLE, INC., ) | Case No. CV 09-6044 GAF (Ex) |
| ) | |
| Plaintiff, ) | **PERMANENT INJUNCTION AND** |
| ) | **ORDER OF DISMISSAL** |
| v. ) | **(CONSENT DECREE)** |
| ) | |
| VESUN TRADING, INC., a ) | |
| California corporation; WAN ) | |
| XUAN SHAO, and DOES 1 to 20, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Upon the written stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff Nicole, Inc. ("Nicole") is the owner of the United States copyright with Registration Number VA 1-669-243 (the "Copyright").

2. The Copyright is valid and enforceable against defendants Vesun Trading, Inc., and Xuan Shao (collectively, the "Vesun Parties").

3. The Vesun Parties and all of their employees, agents and others working together or in concert with them, are and shall be permanently and forever enjoined from importing, receiving, purchasing, distributing, manufacturing, advertising,

1  selling or transferring any goods, products or items which bear the work of art
2  identified in the Copyright or any other copyright owned by Nicole whether now in
3  existence or not, or any substantially or confusingly similar artwork.
4      4. The Permanent Injunction shall be the judgment in this action.  This
5  action is dismissed, with each party to bear its own costs and attorneys fees.  The
6  Court retains jurisdiction of the matter to enforce the terms of the settlement
7  between the parties and to enforce the Permanent Injunction, which shall remain in
8  effect and shall survive dismissal of the action.

Dated: July 12, 2010      _____
    Hon. Gary A. Fess
    United States District Judge

49150.doc